UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ROBERT SESSIONS,

Case No. 15-cv-01770-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This action was opened when the Court received from Plaintiff Robert Sessions a letter addressed to Senior District Court Judge Thelton E. Henderson expressing his displeasure with the conditions of confinement in the prison at which he is currently housed, California State Prison - Solano.  In this action, the Clerk of the Court opened a case file, and sent out two notices—both dated April 20, 2015—directing Plaintiff to complete a civil rights complaint form and a prisoner's *in forma pauperis* ("IFP") application.  The Clerk told Plaintiff that he must complete these documents within twenty-eight days or his action would be dismissed.  The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall enter judgment, terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated:  May 29, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge